UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

Case No. 15-24036-PGH
BRIAN S. JOHN                                    Chapter 7
KELLY A. JOHN

        Debtors.

_____/

## MOTION TO APPROVE STIPULATION TO COMPROMISE
## CONTROVERSY BETWEEN TRUSTEE AND DEBTORS

**Any interested party who fails to file and serve a written
response to this motion within 21 days after the date of service
stated in this motion shall, pursuant to Local Rule 9013-1(D),
be deemed to have consented to the entry of an order in the
form attached to this motion. Any scheduled hearing may then
be canceled.**

Trustee, Robert C. Furr, by and through undersigned counsel, hereby files this *Motion to
Approve Stipulation to Compromise Controversy Between Trustee* ("Trustee") and *Debtors,*
("Debtors"), (collectively the "Parties) ("Settlement Stipulation") and states:

        1.        Attached hereto as Exhibit "A" is a copy of a *Stipulation to Compromise Between
Trustee and Debtors* ("Settlement Stipulation") which has been entered into between the Trustee
and Debtors.

        2.        Pursuant to the terms of the Settlement Stipulation, the Debtors shall pay
$80,000.00 ("Settlement Amount") to the Trustee on or before January 15, 2016.  All payments
shall be made payable to *Robert C. Furr, Trustee* and delivered to Furr & Cohen, P.A., 2255
Glades Road, Suite 337W, Boca Raton, FL 33431. The Trustee believes that this settlement is in
the best interest of creditors and the estate.

3.    This stipulation and motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

4.    The legal principles to be applied in evaluating a proposed settlement have been enunciated upon within the Southern District of Florida in In re: Arrow Air, Inc., 85 B.R. 886 (Bkrtcy. S.D. Fla. 1988). The appropriate test is "whether the compromise falls below the lowest point in the range of reasonableness". Id. At 891, citing, In re: Teltronics Services, Inc., 762 F.2d 185, 189 (2nd Cir. 1985); In re: W.T. Grant Company, 699 F.2d 599, 608 (2nd Cir. 1983). The Trustee believes that this settlement agreement complies with the legal principles relied upon within these authorities.

5.    The Eleventh Circuit, in In re: Justice Oaks II, Ltd, 898 F.2d 1544, 1549 (11th Cir. 1990), cert. denied, 498 U.S. 959 (1990), provides additional guidance as to whether a compromise should be approved and establishes a four-part test:

1.    the probability of success in the litigation;

2.    the difficulties, if any, to be encountered in the matter of collection;

3.    the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and

4.    the paramount interest of the creditors and a proper deference to their reasonable view in the premises.

6.    The proposed settlement satisfies the four-part test set forth in In re: Justice Oaks 11, Ltd., as required under Bankruptcy Rule 9019:

1.    Probability of Success in the Litigation: The trustee believes there is a high probability of success.

2.    Difficulties, if any, to be Encountered in the Matter of Collection: If the trustee was forced to liquidate the Debtors could potentially liquidate the

Kelly McCall Trust and the Kelly John Irrevocable Trust and therefore create difficulties for the trustee in the matter of collection.

3.  Complexity, Expense and Delay Associated with the Litigation Involved: If this matter were litigated, there would certainly be expenses and delay that are not at issue as a result of this settlement.

4.  Paramount Interest of Creditors and Proper Deference to Their Reasonable Views in the Premises: No creditors have been actively involved in this case, however, the paramount interest of the creditors were considered in this settlement.

7.  The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the estate.

WHEREFORE, the Trustee, Robert C. Furr, by and through undersigned counsel, respectfully requests that the Court enter an order in the form accompanying this motion approving stipulation plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

3

U.S. Mail and/or ECF to all parties listed below on this <u>10th</u> day of December, 2015.

> FURR AND COHEN, P.A.
> 2255 Glades Road
> One Boca Place, Suite 337W
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax
>
> By   /s/ Marc P. Barmat
>       MARC P. BARMAT
>       Florida Bar No. 0022365
>       E-MAIL: mbarmat@furrcohen.com

Served via ECF:

- Marc P Barmat    ndixon@furrcohen.com,
  mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- Kenneth M Jones    kjones@moodyjones.com
- Timothy S Kingcade    scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com

Served via U.S. Mail:
**MANUAL NOTICE**
~~Wells Fargo Dealer Services~~                         ~~Hylton Wynick~~
~~POB 19657~~                                           ~~YIPCPA, LLC d/b/a Yip Associates~~
~~Irvine, CA 92627~~                                    ~~1001 Yamato Road #301~~
**(INCLUDED ON COURT MATRIX)**                          ~~Boca Raton, FL 33431~~
                                                        **(INCLUDED ON COURT MATRIX)**

**ALL PARTIES ON THE ATTACHED COURT MATRIX.**

Label Matrix for local noticing
113C-9
Case 15-24036-PGH
Southern District of Florida
West Palm Beach
Thu Dec 10 16:47:30 EST 2015

Ford Motor Credit Company LLC
c/o Kenneth M Jones
1333 S University Dr #201
Plantation, FL 33324-4001

JPMorgan Chase Bank, National Association
c/o Steven G. Powrozek
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Wells Fargo Dealer Services
POB 19657
Irvine, CA 92623-9657

AMCA
P.O. Box 1235
Elmsford, NY 10523-0935

AT & T Mobility
C/ O Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

AT & T Mobility
P.O. Box 536216
Atlanta, GA 30353-6216

AT&T
C/ O Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

AT&T U-Verse
C/ O Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

AT&T U-Verse
PO Box 5014
Carol Stream, IL 60197-5014

Adam S Pest Control
C/ O American Profit Recove
34405 W 12 Mile Rd Ste 3
Farmington Hills, MI 48331-3391

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Travel Related Serv
Service Inc
777 American Expressway
Fort Lauderdale, FL 33337-0001

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

American Profit Recovery
34405 West 12 Miles Road
#379
Farmington Hills, MI 48331-5608

Ameripath
C/ O Amca
2269 S Saw Mill
Elmsford, NY 10523-3832

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Amo Recoveries/nationwide Recovery Servi
Attn: Bankruptcy
Po Box 8005
Cleveland, TN 37320-8005

Ashley Funding Services, LLC its successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Audiology Assoc of FL
C/O I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

BCC FinancFinancial Management Sservices
P.O. Box 590097
Ft. Lauderdale, FL 33359-0097

Banfield Pet Hospital
10540 SW Village Pkwy
Port St Lucie, FL 34987-2359

Banfield Pet Hospital
C/ O I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Bca Financial Services, Inc
C/O Jupiter Medical Center
18001 Old Cutler Rd Ste 462
Palmetto Bay, FL 33157-6437

Cap One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238-1119

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497


Chase
201 N Central Ave 23 Floor
Phoenix, AZ 85004-1071

Chase Auto
Attn: National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038-9505

Chase Auto
Po Box 901003
Columbus, OH  43224


Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mortgage
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219-6009

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696


Checksystems
7805 Hudson Rd
Woodbury, MN 55125-1703

Child Support Enforcemment
PO Box 8030
Tallahassee, FL  32314-8030

Chrysler Credit/td Auto Finance
Attn: Bankruptcy
Po Box 551080
Jacksonville, FL 32255-1080


Comcast
C/ O Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-0959

Comcast
PO Box 530099
Atlanta, GA 30353-0099

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218-2789


Credit One Bank
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Derm Assoc of Palm Beaches
C/ O First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

Dermatology Assciates, P.A
C/ O Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233-3331

Dermpath Diagnostics
C/ O Amca
2269 S Saw Mill
Elmsford, NY 10523-3832


Directv
C/ O Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dish Network
C/ O Amsher Collection Serv
600 Beacon Pkwy W Ste 30
Birmingham, AL 35209-3120


Dish Network
P.O. Box 105169
Atlanta, GA  30348-5169

Equifax
PO Box 740241
Atlanta, GA  30374-0241

Experian
PO Box 2002
Allen, TX  75013-2002


(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Florida Department Of Revenue
PO Box 6688
Tallahassee, FL 32314-6688

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Frd Motor Cr
Po Box Box 542000
Omaha, NE 68154-8000

Greystone At Boyton HOA, Inc
3900 Woodlake Blvd, # 309
Lake Worth, FL 33463-3046

Greystone At Boyton HOA, Inc
C/ O Brough Chadrow & Levine, P.A, R.A
1900 N Commerce Parkway
Weston, FL 33326-3236

Hsbc/tax
90 Christiana Road
New Castle, DE 19720-3118

Hulett Environmental Service
C/ O I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Ic System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164-0378

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Jean John
5932 NW 47th Ter
Coconut Creek, FL 33073-2301

Juniper Medical Imaging
C/ O Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233-3331

Jupiter Anesthesua Associates
601 University Blvd # 203,
Jupiter, FL 33458-2788

Jupiter Anesthesua Associates
C/ O Nationwide Recovery Sv
Po Box 8005
Cleveland, TN 37320-8005

Jupiter Imaging Associates
C/ O Focus Financial Servic
3800 S Congress Ave
Boynton Beach, FL 33426-8424

Jupiter Medical Center
1210 S Old Dixie Hwy,
Jupiter, FL 33458-7299

Laboratory Corporation Of America
P.O. BOX 2240
Burlington, NC 27216-2240

Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452-4262

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Medicredit Corp/outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO 63141-7089

Miami Children's Health System
3100 SW 62 Avenue
Miami, FL 33155-3073

Miami Children's Hospital
PO Box 862192
Orlando, FL 32886-2192

Myriad Genetic Labs
320 S Wakara Wat
Salt Lake City, UT 84108-1214

Nordstrom Fsb
Attention: Account Services
Po Box 6566
Englewood, CO 80155-6566

Nordstrom Fsb
Po Box 6555
Englewood, CO 80155-6555

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PYOD, LLC its successors and assigns as assi
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Palm Beach County Water Utilities
9045 Jog Rd
Boyton Beach, FL 33472-2502

Shapiro & Fishman & Gache, Llp
2424 N Federal Hwy Ste 360
Boca Raton, FL 33431-7701

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Sheridan Er Phys - S Dade
C/ O Nationwide Recovery Sv
Po Box 8005
Cleveland, TN 37320-8005

Sheridan Er Phys - S Dade
PO Box 452169
Sunrise, FL  33345-2169

Signet Diagnostics South Flo
C/O Medicredit, Inc
Po Box 411187
Saint Louis, MO 63141-3187

South Florida Radiation Oncology
3343 S State Road 7
Wellington, FL 33449-8082

Sst/cigpficorp
4315 Pickett Rd
Saint Joseph, MO 64503-1600

Sunshine Pool Service
8589 Nashua Dr
Palm Beach Gardens, FL 33418-6051


Syncb/gap
Po Box 965005
Orlando, FL 32896-5005

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333-9223

Tnb - Target
Po Box 673
Minneapolis, MN 55440-0673


Transunion
PO Box 1000
Chester, PA  19016-1000

Transworld Systems Inc
3450 Lakeside Dr Ste 304
Miramar, FL  33027-3268

U.S. Department of Housing and Urban Develop
451 7th Street S.W.
Washington, DC 20410-0002


United States of America
C/ O US Attorney Miami Division
99 NE 4th St, 13th Floor
Miami, FL 33132-2145

Verizon
500 Technology Dr
Ste 550
Weldon Spring, MO 63304-2225

Verizon Wireless
Po Box 49
Lakeland, FL 33802-0049


Wagner & Hunt, P.A.
PO Box 934788
Margate, FL  33093-4788

West Boca Medical Center
C./ O Central Finl Control
Po Box 66044
Anaheim, CA 92816-6044

Wfds/wds
Po Box 1697
Winterville, NC 28590-1697


Wfs Financial/wachovia Dealer Srvs
Po Box 3569
Rancho Cucamonga, CA 91729-3569

Brian S John
344 Kingfisher Dr
Jupiter, FL 33458-8351

Hylton Wynick
YIPCPA, LLC d/b/a Yip Associates
1001 Yamato Road #301
Boca Raton, FL 33431-4403


Kelly A John
344 Kingfisher Dr
Jupiter, FL 33458-8351

Robert C Furr
www.furrtrustee.com
2255 Glades Road Ste 337W
Boca Raton, FL 33431-7379

Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326

Directv
P.O. Box 6550
Greenwood Village, CO  80155-6550

First Union National Bank Of Florida
Po Box 45092
Jacksonville, FL  32232


Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI  48121

Shell/citi
Attn: Centralized  Bankruptcy
Po Box 20363
Kansas City, MO  64195

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

(d)South Florida Radiation Oncology
3343 State Rad 7
Wellington, FL  33449

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)West Boca Medical Center
C/ O Central Finl Control
Po Box 66044
Anaheim, CA 92816-6044

End of Label Matrix
Mailable recipients   110
Bypassed recipients     2
Total                 112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

BRIAN S. JOHN
KELLY A. JOHN

Case No. 15-24036-PGH
Chapter 7

Debtors.
_____/

## STIPULATION TO COMPROMISE CONTROVERSY
## BETWEEN TRUSTEE AND DEBTORS

This Stipulation is entered into on the date set forth below between the Chapter 7 Trustee, Robert C. Furr ("Trustee") and the Debtors.  The Parties hereby stipulate and agree as follows:

### RECITALS

WHEREAS, this voluntary Chapter 7 bankruptcy proceeding was filed on August 4, 2015 (the "Petition Date").  The Trustee became the permanent Trustee after the § 341 Meeting of Creditors was conducted and concluded;

WHEREAS, the Debtors listed a 50% interest in Caro Capital, LLC with a claimed non-exempt value of $23,367.89.  Upon reviewing the books and records of Caro Capital and considering the Rule 2004 testimony of the Debtors, the Trustee has determined that there is no market for the Debtors' 50% interest in Caro Capital, LLC and accordingly determined there is zero value for the bankruptcy estate;

WHEREAS, the Debtors listed on Schedule B the "Kelly A. John Trust (Spendthrift Trust)" with a value of $72,254.93.  In fact, the trust is actually "The Kelly McCall Trust" which was entered into on December 17, 1984.  The "Kelly McCall Trust" was fully administered and all proceeds of said trust were distributed to Kelly John.  As of the petition date, the distributions

EXHIBIT "A"

from the "Kelly McCall Trust" were held in Glenview Trust Company account number 80014 with a balance of $68,646.82.   The parties agree that the $68,646.82 is property of the bankruptcy estate;

WHEREAS, the Debtors listed on Schedule B the "Kelly John Irrevocable Trust (Spendthrift Trust)" with a value of $970,989.00, which was claimed as exempt.  The res of the trust includes cash and equities as of August 31, 2015 in the amount of $361,391.48.  The terms of the trust require a distribution to Kelly John in the amount of 5% paid in 12 monthly installments per year.  As of the petition date, Kelly John was receiving monthly distributions in the amount of $1,610.25.  The Trustee asserts that the income stream from this trust is property of the bankruptcy estate.  The Debtors dispute that the income stream is property of the bankruptcy estate; and

WHEREAS, the Trustee and the Debtors wish to resolve all issues with regard to the Kelly McCall Trust and the Kelly John Irrevocable Trust.

## SETTLEMENT TERMS

NOW, THEREFORE, in light of the foregoing, and in consideration of the mutual promises and covenants of the Parties contained herein, as well as other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.      The above recitals are true and correct.

2.      The Debtors shall pay $80,000.00 ("Settlement Amount") to the Trustee on or before January 15, 2016.  All payments shall be made payable to *Robert C. Furr, Trustee* and delivered to Furr & Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431.

3.      This settlement proceeds shall be applied as follows:

2

- "Kelly A. John Trust" (Kelly McCall Trust): $68,646.82;

- Kelly John Irrevocable Trust (Spendthrift Trust): $11,353.18

4.      The Debtors acknowledge that they shall not be entitled to receive their discharge until the full Settlement Amounts are received by the Trustee in cleared funds. The Debtors agree to the extension of the deadline for the Trustee to object to the Debtors' discharge through February 1, 2016.

5.      Upon payment of the Settlement Amount, any claims or causes of action of the Trustee and/or the bankruptcy estate against the Debtors shall be deemed settled, released, satisfied, and discharged.

6.      Default. In the event that Debtors default hereunder and fail to cure said default as set forth below, Trustee shall be entitled to an award of reasonable attorney's fees and costs relative to the enforcement of the terms of this Stipulation. An event of default shall occur if Debtors fail to timely make the payment of the Settlement Amount to the Trustee as set forth in Paragraph 2 above, in which case, Trustee, through counsel, shall provide written notice (the "Written Notice") of the default to the Debtors' counsel by e-mail. The Written Notice shall provide five (5) business days from the date of such notice to cure the default. Should Debtors fail to cure the default within the period referenced above, then, upon the Trustee's filing of a Motion to Request a Final Judgment, the Trustee, after notice and hearing, shall be entitled to the entry of a Final Judgment against the Debtors in the amount of the Settlement Amount, plus the reasonable fees and costs incurred with enforcing this Stipulation. The only defense to the entry of a Final Judgment shall be payment of the Settlement Amount. All other defenses shall be deemed waived. The Debtors further consent that upon default, they waive any and all possible claims of exemption to the "Kelly A. John Trust" (The Kelly McCall Trust) and Kelly John

3

Irrevocable Trust (Spendthrift Trust).

7.     The Parties are aware that this Stipulation must be noticed to all creditors and must be approved by the Court. In the event that it is not approved, this Stipulation shall be deemed null and void. The Parties shall request that the Court enter an Order approving this Stipulation, and to reserve jurisdiction to enforce the terms and covenants contained herein.

## NO OTHER AGREEMENTS; MODIFICATION

8.     This Stipulation contains the entire understanding and agreement of the Parties, and there are no prior or contemporaneous promises, representations, agreements, warranties, or undertakings by either Party to the other, either oral or written of any character or nature, except as set forth in this agreement. This Stipulation may be altered, amended, or modified only by an instrument in writing, executed and acknowledged by the Parties to this agreement, with the same formality as this agreement, and by no other means. Each Party waives any right to claim that this Stipulation was modified, canceled, superseded, or changed by an oral agreement, course of conduct, or estoppel.

## APPLICABLE LAW

9.     All matters affecting the execution, interpretation, validity, and enforceability of this Stipulation shall be subject to, and interpreted under, federal bankruptcy law, as well as the laws of the State of Florida to whatever extent bankruptcy law relies upon state law.

## NO PRESUMPTIONS ARISING FROM DRAFTING

10.     The fact that any draft of this Stipulation was prepared by counsel for one of the Parties shall create no presumptions, and, specifically, shall not cause any ambiguities to be construed against that Party. The Parties acknowledge that each has contributed toward the drafting of this Stipulation, and that this Stipulation is the result of negotiations between the

Parties.

## WAIVERS

11.     The failure of either Party at any time to require the performance of the other of any of the terms, provisions, or conditions hereof shall in no way affect the right thereafter to enforce the same, nor shall the waiver by either Party of the breach of any of the terms, provisions, and conditions hereof, be construed or be deemed a waiver of any succeeding breach of any term, provision, or condition hereof.

## NOTICES

12.     Any notices required by this Stipulation must be given either in writing by U.S. Mail or email to the Parties as  follows:

> To the Trustee:
> Marc P. Barmat, Esq.
> Furr & Cohen, P.A.
> 2255 Glades Road, Suite 337W
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile:  (561) 338-7535
> mbarmat@furrcohen.com

> To the Debtors:

> Kristina Gonzalez, Esq.
> Kingcade, Garcia & McMaken, P.A.
> 1370 Coral Way
> Miami, FL 33145
> Telephone: (305) 285-9100
> Fax : (305) 285-9542
> kgp@miamibankruptcy.com

## ADDITIONAL ACKNOWLEDGMENTS AND UNDERSTANDINGS

13.     The Parties acknowledge that each fully understands all of the terms and obligations of this Stipulation, and each believes the same to be fair, just, equitable, reasonable,

fully acceptable, and not unconscionable.

14.    The Parties enter into this Stipulation freely and voluntarily.  Neither Party has been the subject of any duress, undue influence, fraud, or coercion in entering into this Stipulation.

15.    All Parties to this Stipulation acknowledge that they have had the benefit and assistance of the representation of their own separate and independent attorneys to advise them of their rights and obligations under this Stipulation, and they are also aware of what their rights would be in the absence of this Stipulation.

16.    This Stipulation shall be binding upon the Parties hereto and shall also be binding upon and enure to the benefit of the heirs and successors of the respective Parties.

17.    This Stipulation may be executed in two or more counterparts, including facsimile or email counterparts, none of which need contain signatures of all of the Parties hereto, each of which will constitute an original, and all of which, taken together, shall constitute one and the same agreement.

18.    The date of this Stipulation is the date on which the last of the Parties executes a copy of it.

## CAPTIONS

19.    The captions of the various paragraphs in this Stipulation are for convenience only, and none of them is intended to be any part of the text of this agreement, or intended to be

6

referred to in construing any provision of it.

IN WITNESS WHEREOF, the Parties hereto have set their hands and seals to this to this

settlement agreement on the date specified below.

**ATTORNEY FOR ROBERT C. FURR, TRUSTEE**

MARC P. BARMAT, ESQ.
Florida Bar No.: 22365
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
mbarmat@furrcohen.com
*Attorney for the Trustee, Robert C. Furr*

Dated: 12/4/15

**ATTORNEY FOR DEBTORS**

Kristina Gonzalez, Esq.
Kingcade, Garcia & McMaken, P.A.
Florida Bar No.: 91115
1370 Coral Way
Miami, FL 33145
Telephone: (305) 285-9100
Fax : (305) 285-9542
kgp@miamibankruptcy.com
*Attorney for Debtors*

Dated: 12/3/15

**DEBTOR, BRIAN S. JOHN**

BRIAN S. JOHN

Dated: 12/3/15

**DEBTOR, KELLY A. JOHN**

KELLY A. JOHN

Dated: 12/3/15

7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                                Case No. 15-24036-PGH

BRIAN S. JOHN                              Chapter 7
KELLY A. JOHN

      Debtors.

_____/

**ORDER GRANTING MOTION TO APPROVE STIPULATION TO
COMPROMISE CONTROVERSY BETWEEN TRUSTEE AND DEBTORS**

THIS CAUSE came before the Court upon Chapter 7 Robert C. Furr's, *Motion to Approve Stipulation to Compromise Controversy Between Trustee and Debtors* [ECF No.], and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion. The Court having reviewed the record,

1

noting that no objections were filed, and having been otherwise advised in the premises, does hereby

ORDER AND ADJUDGE as follows:

1.     The Motion is GRANTED and the Motion to Approve Stipulation to Compromise Controversy Between Trustee and the Debtors is approved.

2.     The Debtors shall pay $80,000.00 ("Settlement Amount") to the Trustee on or before January 15, 2016. All payments shall be made payable to *Robert C. Furr, Trustee* and delivered to Furr & Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431.

3.     This settlement proceeds shall be applied as follows:

- "Kelly A. John Trust" (Kelly McCall Trust): $68,646.82;
- Kelly John Irrevocable Trust (Spendthrift Trust): $11,353.18

4.     All payments shall be made payable to *Robert C. Furr, Trustee* and delivered to Furr & Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431.

5.     The Parties shall comply with the terms and conditions set forth in the Stipulation to Compromise Controversy Between Trustee and Debtors attached to the Motion to Approve Stipulation to Compromise Controversy Between Trustee and Debtors [ECF No].

6.     The Court shall retain jurisdiction to enforce the terms of the Stipulation to Compromise Controversy.

###

Submitted by:
Marc P. Barmat, Esq.
Furr and Cohen, P.A.
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, Florida 33431
Telephone: 561-395-0500; Fax: 561-338-7532
E-mail: mbarmat@furrcohen.com

- 2 -

Attorney Marc P. Barmat is directed to serve a conformed copy of this Order and file a certificate of service with the Court.